# Knuckles Komosinski & Manfro LLP

565 Taxter Road, Suite 590 | Elmsford, New York 10523
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkmllp.com

**Partners**
Mark R. Knuckles
Richard F. Komosinski
Jordan J. Manfro

**Ernest A. Yazzetti, Jr.**
*Attorney*
(914) 345-3020, ext. 364
ey@kkmllp.com

July 16, 2019

**VIA ECF**

Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Suite 330
Albany, NY 12207

Re:     In re: Tamieka S. Starling
        Case No: 19-10528-1-rel

Dear Judge Littlefield:

This office represents Rushmore Loan Management Services, as servicer for MTGLQ Investors, LP, a secured creditor, in the above-referenced matter. Please allow this letter to serve as a Loss Mitigation update.

The parties have been communicating through the Loss Mitigation process. On June 25, 2019, Rushmore advised that the package was now complete and in underwriting for a final decision to be provided in approximately thirty (30) days (by July 24, 2019). Our office continues to follow up with Rushmore for a status of the review and will forward same to Debtor's counsel as soon as it is received.

Should you have any questions, please do not hesitate to contact me.

Respectfully,
**Knuckles, Komosinski & Manfro, LLP**

/s/ Ernest A. Yazzetti, Jr., Esq.
Ernest A. Yazzetti, Jr., Esq.
Counsel for Rushmore Loan Management Services, as servicer for MTGLQ Investors, LP

CC:     All counsel - VIA ECF